IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARCUS CHOICE WILLIAMS,
Petitioner,

v.

Case No. 20–CV–01101–JPG

DAN SPROUL,
Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

 IT IS HEREBY ORDERED AND ADJUDGED that petitioner Marcus Choice Williams Jr. a/k/a Ayana Satyagrahi, motion pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Dan Sproul and against petitioner Marcus Choice Williams Jr. a/k/a Ayana Satyagrahi, and that this case is dismissed without prejudice.

DATED: July 5, 2022      **MONICA A. STUMP, Clerk of Court**
                **s/Tina Gray, Deputy Clerk**

Approved: s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**